445 A.2d 209

Commonwealth v. Brown, Appellant.

Submitted October 19, 1981. George Gershenfeld, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

---

445 A.2d 210

Commonwealth v. Davis, Appellant.

Submitted September 11, 1980. James M. Lynn, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.